FILED 26 MAY '26 10:44 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

Andrew Tyson Harris
_____

*(Enter full name of plaintiff)*

Plaintiff,

v.

Circuit Court of Columbia County Oregon
District Attorney Office of Columbia County Oregon
Erin leigh Brody, Deputy District Attorney of Columbia County
_____

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:26-cv-01044-AA _____
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐ Yes          ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**          Name: Andrew Tyson Harris

Street Address: 901 Port Ave Nue

City, State & Zip Code: St Helens, OR 97051

Telephone No.: NA

Complaint for Violation of Civil Rights (Prisoner Complaint)          1
[Rev. 01/2018]

**Defendant No. 1**    Name: Circuit Court of Columbia County

Street Address: 901 Port Avenue

City, State & Zip Code: St Helens OR 97051

Telephone No.: _____

**Defendant No. 2**    Name: District Attorneys Office of Columbia County

Street Address: 901 Port Avenue

City, State & Zip Code: St Helens OR 97051

Telephone No.: _____

**Defendant No. 3**    Name: Erin Leigh Brock Deputy District Attorney of Columbia County

Street Address: 901 Port Avenue

City, State & Zip Code: St Helens, OR 97051

Telephone No.: _____

**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

6th Amendment right to a Speedy trial
Due process
Protection from unlawful imprisonment

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I have been unlawfully imprisoned, denied Due Process and my Constitutional right to the 6th Amendment right to a Speedy trial By the Circuit Court of Columbia County Oregon When After the Maximum allowed 180 days, and not having given my Consent to a Continuance my release was not ordered by the Court. The District Attorney's Office did not order or file for my release Per ORS 136.290 and ORS 136.295 (4)(a) at the Maximum allowed 180 days. Deputy District Attorney Erin Leigh Brady asked the court on January 5th 2026 that I not be given another release hearing and also did not order or file for my release on January 8th 2026 day 180 of Custody, I have suffered emotional trauma and Mental Anguish

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*



Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

3

_____

_____

_____

_____

_____

_____

_____

_____

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes          ☒ No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I'm Seeking to have all charges with case 25CR38406 be dismissed with Prejudice, the charges expunged from my record. My Seized Property returned to me, Removal of Stipulation that Adults in Custody must waive 60day rights to participate in Pretrial programs or Diversion programs. Deputy District Attorney Erin Leigh Brady be held in Contempt of Court per ORS 136.290

$450,000⁰⁰ for unlawful imprisonment

$1,200,000⁰⁰ for Violation of Due Process

$1,700,000⁰⁰ for Violation of 6th Amendment right to a Speedy trial

$350,000⁰⁰ for Pain and Suffering

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of May , 2026

_Andrew Tyson Harris_
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    5
[Rev. 01/2018]